■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONTAE WILLIAMS, Appellant. [809 NYS2d 720]—Appeal from a

judgment of the Oneida County Court (Barry M. Donalty, J.), rendered February 20, 2001. The judgment convicted defendant, upon a jury verdict, of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him following a jury trial of murder in the second degree (Penal Law § 125.25 [1]). Defendant failed to preserve for our review his contention that the evidence is legally insufficient to support the conviction (*see People v Gray*, 86 NY2d 10, 19 [1995]). Contrary to defendant's further contention, the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Defendant failed to preserve for our review his contention that County Court erred in admitting the testimony of a prosecution witness regarding prior uncharged crimes committed by defendant (*see People v Parkinson*, 268 AD2d 792, 794 [2000], *lv denied* 95 NY2d 801 [2000]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Contrary to defendant's further contention, the court's *Sandoval* ruling does not constitute an abuse of discretion (*see People v Clarke*, 5 AD3d 807, 809 [2004], *lv denied* 2 NY3d 797 [2004]). Finally, viewing the evidence, the law and the circumstances of this case, in totality and as of the time of the representation, we conclude that defense counsel provided meaningful representation (*see generally People v Baldi*, 54 NY2d 137, 147 [1981]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Green, JJ.